UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JOHN F. LAMOND, ESQ.; SEAN F. MURPHY; TREMONT REALTY INVESTMENTS, LLC; SEAMUR ENTERPRISES, LLC; and COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C., <br><br> Defendants. | C.A. No.: 1:13-cv-13168-RGS |

## **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, American Guarantee & Liability Insurance Company ("American Guarantee") hereby moves for a summary judgment declaration that a professional liability insurance policy (the "Policy") that it issued to John F. Lamond ("Lamond") provides no coverage for liabilities comprising an underlying civil judgment that has entered against him.  As grounds for this motion, American Guarantee incorporates by reference the points and authorities contained within its "Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment," filed herewith.

**WHEREFORE**, American Guarantee respectfully requests that this Court:

(1) Enter a summary judgment declaration that the Policy provides no coverage for the liabilities comprising the underlying civil judgment that has entered against Lamond; and

(2) Award such further relief as this Court deems just and proper.

        Respectfully submitted,

        Plaintiff,

        AMERICAN GUARANTEE & LIABILITY
        INSURANCE COMPANY,

        By its attorneys,

        /s/ Brian P. McDonough
        Brian P. McDonough (BBO#637999)
        ZELLE MCDONOUGH & COHEN LLP
        101 Federal Street, 14th Floor
        Boston, MA  02110
        (617) 742-6520
        bmcdonough@zelmcd.com

Dated:  June 23, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon all counsel of record via ECF on this 23rd day of June 2014.

        s/ Brian P. McDonough
        Brian P. McDonough