UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, *Plaintiff,* <br><br> v. <br><br> JOHN F. LAMOND, ESQ., SEAN F. MURPHY, TREMONT REALTY INVESTMENTS, LLC, SEAMUR ENTERPRISES, LLC and COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C., *Defendants.* | Civil Action No. 1:13-cv-13168-RGS |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Pursuant to Local Rule 83.5.2, please enter my appearance as counsel for the defendants John F. Lamond, Esq., Sean F. Murphy, Tremont Realty Investments, LLC, Seamur Enterprises, LLC and Colucci, Colucci, Marcus & Flavin, P.C. in the above-captioned matter.

        Respectfully submitted,
        The Defendants, JOHN F. LAMOND, ESQ., SEAN F. MURPHY, TREMONT REALTY INVESTMENTS, LLC, SEAMUR ENTERPRISES, LLC and COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.,
        By their Attorney,

        **COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.**

        */s/ Thomas T. Worboys*
        Thomas T. Worboys (BBO #657636)
        *tom@coluccilaw.com*
        424 Adams Street
        Milton, MA  02186
        Tel:  (617) 698-6000
        Fax:  (617) 698-3001

Dated:  May 20, 2015

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record is registered on the court's CM/ECF database. As a result, this individual (1) will receive from the court electronic notification of the filing of the foregoing Notice of Appearance, filed via ECF on May 20, 2015; (2) have access to this document through the court's website; and (3) will not receive paper copies of the foregoing from the undersigned upon filing:

Brian P. McDonough, Esq.
ZELLE, MCDONOUGH & COHEN, LLP
101 Federal Street, 14th Floor
Boston, MA 02210
*bmcdonough@zelmcd.com*
Tel: (617) 742-6520
Fax: (617) 742-1393

Dated:  May 20, 2015                  */s/ Thomas T. Worboys*
                                      Thomas T. Worboys