# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AMERICAN GUARANTEE & LIABILITY INSURANCE
    Plaintiff

V.

CIVIL ACTION

NO. 13CV13168-RGS

JOHN F. LAMOND ET AL
    Defendant

## JUDGMENT

STEARNS, D.J.,

In accordance with the Court's Memorandum and Order dated __4/4/16__ granting plaintiff's motion for summary judgment on defendant's counterclaims, it is hereby ORDERED that judgment is entered for the plaintiff.

By the Court,

4/4/16                                     /s/ Elaine Flaherty

Date                                       Deputy Clerk