# United States Court of Appeals
## For the First Circuit

No. 16-1375

AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY

Plaintiff - Appellee

v.

JOHN F. LAMOND; TREMONT REALTY INVESTMENTS, LLC;
SEAMUR ENTERPRISES, LLC; COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.;
SEAN F. MURPHY

Defendants - Appellants

**JUDGMENT**

Entered: December 15, 2016

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Brian P. McDonough
Dino Matthew Colucci
Thomas T. Worboys